## CHICAGO, ROCK ISLAND & PACIFIC RAILROAD CO. ET AL. *v.* UNITED STATES ET AL.

No. 770.   Decided March 29, 1965.

*M. L. Cassell* and *Don McDevitt* for appellants.

*Solicitor General Cox, Assistant Attorney General Orrick, Robert B. Hummel, Donald L. Hardison, Robert W. Ginnane* and *Fritz R. Kahn* for the United States et al. *Alexander B. Hawes* for Waterways Bulk Transportation Council, Inc.; *Nuel D. Belnap* for Federal Barge Lines, Inc., et al.; *Charles J. McCarthy* for Tennessee Valley Authority; *Donald Macleay* for Arrow Transportation Co.; and *John C. Lovett* for Farmers Union Grain Terminal Association et al.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.